IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02198-WJM-MJW

ELAINE WARREN, an individual,

Plaintiff(s),

v.

GUARDSMARK, LLC, a Delaware corporation,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 24) is GRANTED finding good cause shown. The written Protective Order (docket no. 24-1) is APPROVED and made an Order of Court.

Date: December 11, 2013