IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02198-WJM-MJW

ELAINE WARREN, an individual,

Plaintiff(s),

v.

GUARDSMARK, LLC, a Delaware corporation,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

  It is hereby ORDERED that the Unopposed Motion for Leave to Amend Complaint (Docket No. 28) is granted.  The tendered Amended Complaint and Jury Demand (Docket No. 28-1) is accepted for filing as of the date of this Minute Order.

Date: January 10, 2014