IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02198-WJM-MJW

ELAINE WARREN, an individual,

Plaintiff(s),

v.

GUARDSMARK, LLC, a Delaware corporation,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that defendant's Unopposed Motion to Amend the Scheduling Order (Docket No. 33) is GRANTED. The Scheduling Order (Docket No. 23) is amended as follows:

Discovery Cut-off: extended to June 26, 2014;
Dispositive Motion Deadline: extended to July 28, 2014;
Defendant's Expert Witness Disclosure Deadline: Extended to May 15, 2014;
Rebuttal Expert Designation Deadline: extended to June 12, 2014;
Deposition Completion Deadline: extended to June 26, 2014;
Deadline for Interrogatories: extended to May 23, 2014; and
Deadline for Requests for Production/Admissions: extended to May 23, 2014.

It is FURTHER ORDERED that the Final Pretrial Conference set for August 12, 2014 at 9:30 a.m. is VACATED. The Final Pretrial Conference is RESET for September 25, 2014 at 10:00 a.m.

Date: March 24, 2014